# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00835-CR

**Freddy D. Paul, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
### NO. C-1-CR-10-211777, HONORABLE BRANDY MUELLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion stating that he no longer wishes to pursue his appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2.

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed:   February 28, 2012

Do Not Publish